IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

EDWARD JAMES NORWOOD                                                                        PLAINTIFF

v.                                    4:20-cv-01177-JM-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                                             DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. After careful review of the RD and the timely objections received thereto, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 13th day of October, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE