# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

EDWARD JAMES NORWOOD

                                                                                         PLAINTIFF

v.        4:20-cv-01177-JM-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,        DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 13th day of October, 2021.

                                                       _____
                                                       JAMES M. MOODY, JR.
                                                       UNITED STATES DISTRICT JUDGE